**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 405 WAL 2015
: 
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
ANGEL ULICES MOLINA, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.